COMMONWEALTH of Pennsylvania,
Respondent

v.

Lavell WYNDER, Petitioner

No. 230 EAL 2017

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN RE: Involuntary Termination
of Parental Rights to:
L.A.W., a Minor

Petition of: D.J.W., Father

No. 606 MAL 2017

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jonathan Paul EISENHAUER,
Petitioner

No. 347 MAL 2017

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.